Leon Segel and Leon Stitzenberg, appellees, v. Jacob Boos and Henry Boos, appellants. Gen. No. 37,002.

Opinion filed January 15, 1934. Rehearing denied January 29, 1934.

Friedman, Schimberg & Alster, for appellants; S. H. Alster and Bernard Witney, of counsel. Christian C. H. Zillman, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.